AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

JOSE LARA ESTRADA;
HILDA RIVAS-QUINTERO,

      Petitioners,

V.

MICHAEL CHERTOFF, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00694-BES-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Application for Writ of Habeas Corpus (#1) is **GRANTED;** and that the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, is hereby **ENJOINED** from deporting petitioners or otherwise acting upon the final order of removal until such time as petitioners have obtained review of the reissued BIA decision by the Ninth Circuit court of Appeals, or the time for petitioning for such review has expired.

  March 21, 2008                                              **LANCE S. WILSON**
                                                                             Clerk

                                                                              /s/ Daniel R. Morgan
                                                                              Deputy Clerk